**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    PLAINTIFF<br><br>     v.<br><br>MICHAEL DAVID COBERG,<br><br><br>               DEFENDANT | CASE NUMBER<br><br>CR       2:25-cr-00767-SPG<br><br>**NOTICE TO COURT OF**<br>**RELATED CRIMINAL CASE**<br><br>(PURSUANT TO GENERAL ORDER 14-03) |

Plaintiff United States of America hereby informs the Court that the above-entitled criminal case may be related to:

United States v. Adam Iza, 2:24-CR-00630-PA; United States v. Eric Chase Saavedra, Case No. 2:25-CR-00035-PA; United States v. Iris Rabaya Au, 2:25-cr-00140-PA; United States v. David Anthony Rodriguez, Case No. 2:25-CR-00486-PA; and United States v. Christopher Michael Cadman, Case No. 2:25-CR-00583-PA, which:

    __X__      was previously assigned to the Honorable Percy Anderson;

    _____      has not been previously assigned.

The above-entitled cases may be related for the following reasons:

    __X__      the cases arise out of the same conspiracy, common scheme, transaction, series of transactions or events;

    __X__      the cases involve one or more defendants in common and would entail substantial duplication of labor in pretrial, trial or sentencing proceedings if heard by different judges.

Additional explanation (if any):

Dated:  September 16, 2025

                               /s/ *Maxwell Coll*
                               Maxwell Coll
                               Assistant United States Attorney

FILED
CLERK, U.S. DISTRICT COURT
9/16/25
CENTRAL DISTRICT OF CALIFORNIA
BY: _____MRV_____ DEPUTY