# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CRIMINAL MINUTES - GENERAL

| Case No. | CR 25-767 PA | | Date | September 29, 2025 |
|---|---|---|---|---|

**Present: The Honorable**  PERCY ANDERSON, UNITED STATES DISTRICT JUDGE

**Interpreter**  N/A

| Kamilla Sali-Suleyman | Myra Ponce | Maxwell K. Coll |
|---|---|---|
| *Deputy Clerk* | *Court Reporter* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| Michael David Coberg | X | | X | Edward M. Robinson | X | | X |
| | | | | Tom Yu | X | | X |

**Proceedings:**   CHANGE OF PLEA

☒ Defendant moves to change his plea to the Two-Count Information.

☒ Defendant now enters a new and different plea of guilty to Counts 1 and 2 of the Information.

☒ The Court questions the defendant regarding his plea of guilty and finds that there is a factual basis for the plea.  The court also finds that the defendant entered his plea freely and voluntarily, with a full understanding of the charges against him and the consequences of the plea.  The court finds that the defendant understands his constitutional and statutory rights and wishes to waive them.  Accordingly, the Court orders the plea is accepted and entered.  The Court vacates the trial in this matter as to this defendant only.

☒ Counsel are notified that Rule 32 of the Federal Rules of Criminal Procedure requires the parties to notify the Probation Officer, and each other, of any objections to the Presentence Report within fourteen (14) days of receipt.  Alternatively, counsel may file such objections no later than twenty-one (21) days before sentencing.  The Court construes "objections" to include sentencing position papers and departure arguments.  Any party who intends to move for a continuance of the sentencing hearing shall, not later than noon on the Tuesday preceding the hearing date, notify opposing counsel and the court clerk.  Strict compliance with these deadlines is mandatory because untimely filings interfere with the abilities of the Probation Office and of the Court to prepare for sentencing.  Failure to meet these deadlines is grounds for sanctions.

☒ The Court refers the defendant to the Probation Office for investigation and the preparation of a presentence report.  The matter is continued for sentencing to February 17, 2026, at 8:30 a.m.  The defendant is ordered to appear for sentencing without any further notice or order from the Court.

IT IS SO ORDERED.

| | : | 54 |
|---|---|---|
| Initials of Deputy Clerk | | KSS |

cc: **USMO, PSA, USPO**